UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No: 8:22-cr-130-SCB-JSS

LAWRENCE O'BRIEN,
BRUCE LAROCHE and
THOMAS DAILEY
_____/

**ORDER**

The court held a case status conference and hearing on December 5, 2022 on Defendants' Objection to the Government's Unreasonable and Intrusive Request for Personal Identifying Information in Order to Share Discovery Information (Dkt. 102.)

The parties are engaged in on-going, good faith discussions concerning the Government's compliance with the requirements of Federal Rule of Criminal Procedure 16, *Giglio v. United States*, 405 U.S. 150 (1972), and *Brady v. Maryland*, 373 U.S. 83 (1963). *See* (Dkts. 72, 74, 86, 91, 99, 102, 110.) Due to the significant number of documents produced in this case, the Government has agreed to provide Defendants with limited access to its Relativity platform after Defendants' counsel and their staffs have provided information for a background check. (Dkt. 91.) Defendants maintain that the information the Government seeks as part of the background check is "unreasonable and intrusive." (Dkt. 102.) Additional information is needed to determine the appropriate and reasonable scope of personal information warranted for the background check in this criminal antitrust action.

Accordingly, as discussed during the hearing, the parties shall supplement their briefs regarding Defendants' objection as follows:

1. The Government is directed to supplement its response in opposition to Defendants' objection (Dkt. 110) on or before December 16, 2022, to include citation to relevant case law. The Government is further directed to provide the court with the relevant policies regarding the levels of background check(s) required for accessing the Government's secure platforms.

2. Defendants shall reply to the Government's supplement on or before December 30, 2022.

3. Additionally, the court will hear further argument on Defendants' objection (Dkt. 102) at the status conference set for January 6, 2023 (Dkt. 114).

4. Defendants are further directed to provide the background check information to the Government that they do not oppose. Specifically, for those individuals seeking access to the Government's Relativity platform, Defendants are directed to provide:

    a. The individual's full name, place of birth, date of birth, social security number, home address, and email address;

    b. A completed fingerprint card;

    c. A copy of the individual's birth certificate or passport;

    d. A completed I-9 form; and

      e. A completed Optional Form 306, Declaration for Federal Employment (Dkt. 102-2).

5. The remainder of Defendants' Objection to the Government's Unreasonable and Intrusive Request for Personal Identifying Information in Order to Share Discovery Information (Dkt. 102) is taken under advisement.

**ORDERED** in Tampa, Florida, on December 7, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record