UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-130-SCB-JSS

LAWRENCE O'BRIEN,
BRUCE LAROCHE and
THOMAS DAILEY
_____/

**ORDER**

On January 6, 2023, the court held a status conference regarding Defendants' objection to the Government's request for personal identifying information in order to access discovery information via the Government's Relativity platform (Dkt. 102). *See* (Dkt. 131.) At the status conference, Defendants represented that they would consider the Government's proposal to facilitate Defendants' access to discovery via Relativity through a third-party contractor, which would be provided at a reduced rate and obviate the need for the background screening process to which Defendants had objected. *See* (Dkt. 125.) On January 13, 2023, Defendants filed a joint status report, in which they represented that they were prepared to proceed according to the Government's proposal. (Dkt. 134.) Accordingly, in light of the parties' agreement, Defendants' Objection (Dkt. 102) is **DENIED as moot**.

**ORDERED** in Tampa, Florida, on January 17, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record